Eric K. Smith
Portsmouth City Jail
701 Crawford Street
Portsmouth, VA 23704

FILED
APR -6 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

In the United States District Court
For the District of Virginia

United States of America
   Plaintiff,
      vs.
Eric K. Smith
   Defendant.

Case No. 408-cr 147-14

Notice of Appeal

Comes now the Defendant, Eric K. Smith, ~~~~ and hereby gives Notice of Appeal from the Judgment and Sentence imposed by this Court on March 26, 2010

Respectfully Submitted this 3rd day of April 2010

                                        Eric K. Smith

NORFOLK VA 229
HAMPTON ROADS
05 APR 2010 PM 2 L

INSPECTED BY
BOONE

Clerk of Court
600 Granby Street
Norfolk, VA 23510

23510+1315

Eric K. Smith 334586-657
HAMPARK Correctional Services
Portsmouth City Jail
701 Crawford Street
Portsmouth, Virginia 23704